FILED US District Court-UT
FEB 02 '22 PM12:40

ANDREA T. MARTINEZ, United States Attorney (#9313)
KEVIN L. SUNDWALL, Assistant United States Attorney (#6341)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. PHILLIP ANTHONY CARRERO, Defendant. | INDICTMENT  Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition  Case: 2:22-cr-00030 Assigned To : Campbell, Tena Assign. Date : 2/2/2022 |
|---|---|

The Grand Jury charges:

COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about December 20, 2021 in the District of Utah,

PHILLIP ANTHONY CARRERO,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Remington 45 caliber handgun and associated ammunition, and the firearm and ammunition were in and affecting commerce;

all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

_____/S/_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

_____
KEVIN L. SUNDWALL
Assistant United States Attorney