ANDREA T. MARTINEZ, United States Attorney (#9313)
KEVIN L. SUNDWALL, Assistant United States Attorney (#6341)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PHILLIP ANTHONY CARRERO, Defendant. | Case No. 2:22-CR-00030 TC **MOTION TO UNSEAL INDICTMENT** Magistrate Judge Jared C. Bennett |

The United States, by and through the undersigned Assistant United States Attorney, hereby submits this Motion to Unseal the Indictment. This motion is based on the following: Defendant was recently arrested.

Dated this 10th day of March, 2022.

                                                ANDREA T. MARTINEZ
                                              United States Attorney


                                              */s/ Kevin L. Sundwall*
                                              KEVIN L. SUNDWALL
                                              Assistant United States Attorney