IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP ANTHONY CARRERO,<br><br>Defendant. | Case No. 2:22-CR-00030 TC<br><br>**ORDER UNSEALING INDICTMENT**<br><br>Magistrate Judge Jared C. Bennett |

Based upon the Motion to Unseal the Indictment filed by the United States, and for good cause showing, the Court hereby ORDERS that the Indictment in this matter be UNSEALED.

Dated this 10th day of March, 2022.

BY THE COURT:

_____
HONORABLE JARED C. BENNETT
Magistrate Judge, District of Utah