AO 442

# United States District Court
for the
District of Utah

UNITED STATES OF AMERICA

V.

**SEALED** Case No: **2:22-CR-00030 TC**

**Phillip Anthony Carrero**

## ARREST WARRANT



To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **PHILLIP ANTHONY CARRERO**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Felon in Possession of a Firearm and Ammunition**

in violation of 18:922(g)(1) United States Code.

D. Mark Jones
Name of Issuing Officer

United States District Judge
Title of Issuing Officer

Signature of Issuing Officer

February 2, 2022 at Salt Lake City, Utah
Date and Location

By: Aimee Trujillo
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2-2-22 | Vaughters DUSM | |
| DATE OF ARREST | | |
| 3-8-22 | | |