SCOTT KEITH WILSON, Federal Public Defender (#7347)
AUDREY K. JAMES, Assistant Federal Defender (#9804)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>PHILLIP ANTHONY CARRERO,<br><br>Defendant. | APPEARANCE OF COUNSEL<br><br><br><br>Case No. 2:22-CR-00030 TC |

    Audrey K. James, Assistant Federal Defender, hereby enters her appearance of counsel for the Defendant, PHILLIP ANTHONY CARRERO.

    DATED this 22nd day of March 2022.

/s/ *Audrey K. James*
AUDREY K. JAMES
Assistant Federal Public Defender