SCOTT KEITH WILSON, Federal Public Defender (#7347)
WOJCIECH NITECKI, Assistant Federal Defender (#12187)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: wojciech_nitecki@fd.org

---

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>PHILLIP ANTHONY CARRERO,<br><br>  Defendant. | **SUBSTITUTION OF COUNSEL**<br><br><br>Case No. 2:22-cr-00030 TC |

  WOJCIECH NITECKI, Assistant Federal Defender, hereby enters a substitution of counsel in the above case in place of AUDREY K. JAMES, who previously entered an appearance.

  DATED this 10th day of May, 2022.


                */s/ Wojciech Nitecki*
                WOJCIECH NITECKI
                Assistant Federal Defender


                */s/ Audrey K. James*
                AUDREY K. JAMES
                Assistant Federal Defender